No. 90–7830. MILLER *v.* GEORGIA, 501 U. S. 1259. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–5257. HOLLAND *v.* UNITED STATES, 502 U. S. 969. Motion for leave to file petition for rehearing denied.

MARCH 10, 1992

No. 91–7568 (A–673). PARKS *v.* REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

MARCH 11, 1992

No. 91–615. ALLIED-SIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORP. *v.* DIRECTOR, DIVISION OF TAXATION. Sup. Ct. N. J. [Certiorari granted, 502 U. S. 977.] Case restored to calendar for reargument during the April session. The parties are requested to simultaneously file with the Clerk of this Court and serve upon the parties, on or before 3 p.m., Friday, April 10, 1992, supplemental briefs addressing the following questions:

"1. Should the Court overrule *ASARCO Inc.* v. *Idaho State Tax Comm'n,* 458 U. S. 307 (1982), and *F. W. Woolworth Co.* v. *Taxation and Revenue Dept. of New Mexico,* 458 U. S. 354 (1982)?

"2. If *ASARCO* and *Woolworth* were overruled, should the decision apply retroactively?

"3. If *ASARCO* and *Woolworth* were overruled, what constitutional principles should govern state taxation of corporations doing business in several states?"

Replies thereto, if any, are to be filed with the Clerk and served upon the parties on or before noon, Friday, April 17, 1992. The views of *amici curiae* are invited.